United States Bankruptcy Court
Middle District of Florida

In re:  
Anastasia Nicole Sakelaris  
      Debtor

Case No. 15-04554-CCJ  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6　　User: hmary　　Page 1 of 1　　Date Rcvd: Jun 11, 2015  
　　　　　　　　　　Form ID: Doapvifp　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2015.  
db　　　　　+Anastasia Nicole Sakelaris,　 105 North Silver Cluster Court,　 Longwood, FL 32750-4029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2015　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2015 at the address(es) listed below:  
　　　　　Adam S Russo　　on behalf of Creditor　　SunTrust Bank arusso@lrglaw.com,　 lfarrington@lrglaw.com  
　　　　　Arvind　Mahendru　　amtrustee@gmail.com, amahendru@ecf.epiqsystems.com  
　　　　　United States Trustee - ORL7/13　　USTP.Region21.OR.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

[Doapvifp] [District order approving in forma pauperis]

ORDERED.

Dated: June 11, 2015

Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  　　　　　　　　　　　　　　　　　　　　　Case No. 6:15–bk–04554–CCJ
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
Anastasia Nicole Sakelaris

　　　　　Debtor*　　　　　/

ORDER APPROVING APPLICATION
FOR WAIVER OF THE CHAPTER 7 FILING FEE

   THIS CASE came on for consideration, without a hearing, of the Debtor's Application for Waiver of the Chapter 7 Filing Fee, (Document No. 2 ). Having reviewed the Application, the Court finds that the Application should be approved.

   Accordingly, it is

   **ORDERED:**

   1. The Application is approved.

   2. The Chapter 7 filing fee and other fees scheduled by the Judicial Conference under 28 U.S.C. §§ 1930 (b) and (c) are waived. This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.