ORDERED.

Dated:  July 13, 2015

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

ANASTASIA NICOLE SAKELARIS,    Case No. 15-04554-CCJ

   Debtors.

Chapter 7

_____/

## AMENDED ORDER GRANTING MOTION FOR RELIEF FROM STAY

THIS CAUSE came on for consideration upon the Motion to Lift Automatic Stay filed by SUNTRUST BANK (Court Docket No.10 ), secured creditor herein.  Neither the Debtor nor the Trustee have filed a Response to the Motion, in accordance with Local Rule 2002-4.  Therefore, the Court finds that cause exists for the relief sought, and the Motion should be granted.  It is therefore

ORDERED, ADJUDGED and DECREED that:

1. The Motion of the creditor is GRANTED and a Final Order lifting the automatic stay be, and the same hereby is, entered in favor of SUNTRUST BANK and against the Debtor and the estate.

2. The automatic stay imposed by Section 362(a) of the Bankruptcy Code be and the same hereby is lifted with respect to the collateral, more specifically described as LOT(S) 61, OF LAKE SEARCY SHORES AS RECORDED IN PLAT BOOK 18, PAGE 23-25, ET SEQ., OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.

  3. The Order lifting the automatic stay is entered for the sole purpose of allowing SUNTRUST BANK to obtain property or an <u>in</u> <u>rem</u> judgment against the property, and that movant shall not seek or obtain an <u>in</u> <u>personam</u> judgment against the Debtor.

  4. The fourteen (14) day period in Bankruptcy Rule 4001(a)(3) shall not be waived or reduced as requested in the Creditor's Motion.

  5. Fees and costs are awarded to Creditor to the extent permitted by the loan documents; however, such allowed fees and costs shall not exceed the total amount of $526.00.

Attorney Adam S. Russo is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Copies furnished to:

Adam S. Russo, Esq.
Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Anastasia Nicole  Sakelaris
105 North Silver Cluster Court
Longwood, FL 32750

Arvind Mahendru
Chapter 7 Trustee
5703 Red Bug Lake Road, Ste 284
Winter Springs, FL 32708