UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

ANASTASIA NICOLE SAKELARIS,    Case No. 15-04554-CCJ

Debtor.    Chapter 7

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Amended Order Granting Motion for Relief From Stay (Court Docket No. 18) has been furnished by standard first class mail to the parties listed below on July 14, 2015.

/s/ ADAM S. RUSSO, ESQ.
ADAM S. RUSSO, ESQ.
Fla. Bar No. 582646
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
5555 Glenridge Connector, Suite 900
Atlanta, Georgia  30342
(404)869-6900
(404)869-6909 (fax)
Attorneys for SUNTRUST BANK

Anastasia Nicole Sakelaris
105 North Silver Cluster Court
Longwood, FL 32750

Arvind Mahendru
Chapter 7 Trustee
5703 Red Bug Lake Road, Ste 284
Winter Springs, FL 32708